IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BOBBY WORLEY                                                        Plaintiff

v.                           2:09CV00059 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                            Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 10th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE